IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | NO. 4:18-MJ-423 |
| BOBBY CAMPBELL (01) | § | |

## ENTRY OF APPEARANCE AS COUNSEL

I wish to enter my appearance as retained counsel for BOBBY CAMPBELL in the above-referenced criminal cause.

I understand that it is my duty to continue to represent the above-named defendant in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant with any appeal which the defendant desires to perfect, and to represent the defendant on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

Dated: July 19, 2018

Respectfully submitted,

_____
VINCENT E. WISELY, ATTORNEY
Attorney Bar No. 24029904
5601 Bridge Street, Suite 300,
Fort Worth, Texas 76112
Telephone: 817.586.4456
Facsimile: 817.672.5899
Vincent.Wisely@sbcglobal.net

Attorney for Defendant BOBBY CAMPBELL