IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

BOBBY CAMPBELL (01)

Criminal No.: 4:18-mJ-423

## WARRANT FOR ARREST

**SEALED UNTIL EXECUTED**

TO: The United States Marshal and
Any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **BOBBY CAMPBELL**, and bring him forthwith to the nearest available magistrate to answer a Complaint charging him with **Conspiracy to Possess with Intent to Distribute a Controlled Substance**, in violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).

_____
JEFFREY L. CURETON
United States Magistrate Judge

Issued at Fort Worth, Texas on this the __16th__ day of July 2018.

---

### RETURN

---

This warrant was received and executed with the arrest of the above-named defendant at _____.

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7/19/18 | A. Alexander, ATF SA | [signature] |
| DATE OF ARREST: 7/18/18 | | |